# UNITED STATES DISTRICT COURT

for the

Northern District of California ▾

| | |
|---|---|
| Paul Reiffer<br><br><br><br>*Plaintiff(s)*<br>v.<br>Huckberry INC.<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 3:21-cv-08462-CRB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Huckberry Inc.
Serve:  Registered Agent
Ms. Lisa Liu
44 Montgomery Street
Suite 1660
San Francisco, CA 94104

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jonah A. Grossbardt
SRIPLAW
8730 Wilshire Boulevard, Suite 350
Beverly Hills, CA  90211
323.364.6565 - Telephone
jonah.grossbardt@sriplaw.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    11/12/2021

                                                 *Signature of Clerk or Deputy Clerk*