Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

*Attorneys for Plaintiff*
PAUL REIFFER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL REIFFER, | Case No.: 3:21-cv-08462-CRB |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| HUCKBERRY, INC., | |
| Defendant. | |

Plaintiff PAUL REIFFER, by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement and request until May 13, 2022 in which to file Stipulation of Dismissal.

DATED: April 14, 2022           Respectfully submitted,

                             */s/ Jonah A. Grossbardt*
                             JONAH A. GROSSBARDT
                             MATTHEW L. ROLLIN
                             **SRIPLAW**
                             *Attorneys for Plaintiff Paul Reiffer*