Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

*Attorneys for Plaintiff*
PAUL REIFFER

Todd M. Malynn (SBN 181595)
**BLANK ROME LLP**
2028 Century Park East
6th Floor
Los Angeles, CA 90067
(424) 239-3400 - Telephone
(424) 239-3434 - Facsimile
todd.malynn@blankrome.com

*Attorneys for Defendant*
Huckberry, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL REIFFER,<br><br>             Plaintiff,<br><br>      vs.<br><br>HUCKBERRY, INC.,<br><br>             Defendant. | Case No.:  3:21-cv-08462-CRB<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff PAUL REIFFER and Defendant HUCKBERRY, INC. by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

DATED:  May 13, 2022                    Respectfully submitted,


/s/ Jonah A. Grossbardt
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
Attorneys for Plaintiff Paul Reiffer

/s/ Todd M. Malynn
TODD M. MALYNN
**BLANK ROME LLP**
Attorneys for Defendant Huckberry, Inc.

## ATTESTATION

Pursuant to Local Rule 5.1(h)(3), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Jonah A. Grossbardt
JONAH A. GROSSBARDT